```
  1  Simon Manoucherian (Bar No. 198760)
     SManoucherian@mmhllp.com
  2  Frederic Esrailian (Bar No. 232799)
     FEsrailian@mmhllp.com
  3  MESERVE, MUMPER & HUGHES LLP
     300 South Grand Avenue, 24th Floor
  4  Los Angeles, California 90071-3185
     Telephone: (213) 620-0300
  5  Facsimile: (213) 625-1930

  6  Attorneys for Defendant
     BOSTON MUTUAL LIFE INSURANCE
  7  COMPANY
```

FILED
07 DEC 26 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'KEEFE, | Case No. '07 CV 2409 L RBB |
| Plaintiff, | DECLARATION RE: NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT |
| vs. | |
| BOSTON MUTUAL LIFE INSURANCE COMPANY, an unknown business entity, and DOES 1 through 50 inclusive, | [San Diego Superior Court Case No. 37-2007-00081644-CU-BC-CTL] |
| Defendants. | Complaint Filed: November 16, 2007 |

I, Patricia Cormier Herron, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of Meserve, Mumper & Hughes LLP, located at 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185, attorneys of record for defendant BOSTON MUTUAL LIFE INSURANCE COMPANY.

4. On December 26, 2007, declarant, for Meserve, Mumper & Hughes LLP, caused to be filed with the Clerk of the Superior Court of the State of

1  California for the County of San Diego, the court in which this action was pending,
2  a true and correct copy of the Notice of Removal of Action to the United States
3  District Court, which has been filed in the above-entitled United States District
4  Court.

5      Executed this 26th day of December, 2007, at Los Angeles, California.

6      I declare under penalty of perjury under the laws of the United States of
7  America and the State of California that the foregoing is true and correct.

*[signature]*
Patricia Cormier Herron

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

89992.1

2

DECLARATION RE: NOTICE OF
REMOVAL OF ACTION TO UNITED
STATES DISTRICT COURT

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA        )
                           )  ss.:
COUNTY OF LOS ANGELES      )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

     On December 26, 2007, I served on interested parties in said action the within:

**DECLARATION RE: NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

     by placing a true copy thereof in sealed envelope(s) addressed, as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Michael B. McDonnell, Esq.
Douglas M. Field, Esq.
MCDONNELL & ROMAKER, P.C.
2040 Harbor Island Drive, Suite 202
San Diego, CA 92101

     I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

     Executed on December 26, 2007, at Los Angeles, California.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Patricia Cormier Herron
(Type or print name)                              (Signature)

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90004.1