ORIGINAL

1  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
2  Frederic Esrailian (Bar No. 232799)
   FEsrailian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   BOSTON MUTUAL LIFE INSURANCE
7  COMPANY

FILED

07 DEC 26  AM 9: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER O'KEEFE,                )   Case No. '07 CV 2409 L RBB
                                        )
12              Plaintiff,              )   NOTICE OF PARTY WITH
                                        )   FINANCIAL INTEREST
13      vs.                             )   [DEFENDANT BOSTON MUTUAL
                                        )   LIFE INSURANCE COMPANY]
14  BOSTON MUTUAL LIFE                  )
    INSURANCE COMPANY, an               )
15  unknown business entity, and DOES 1 )   [CivLR 40.2]
    through 50 inclusive,               )
16                                      )   Complaint Filed: November 16, 2007
                Defendants.             )
17  _____  )

18      Pursuant to Local Civil Rule 40.2, the undersigned, counsel of record for

19  BOSTON MUTUAL LIFE INSURANCE COMPANY ("Boston Mutual"), makes

20  the following representation:

21      Boston Mutual is a mutual life insurance company. It is not a stock company.

22  It is owned by its policyholders.

23  Dated: December 26, 2007          MESERVE, MUMPER & HUGHES LLP
                                      SIMON MANOUCHERIAN
24                                    FREDERIC ESRAILIAN

25                                    By: _____

26                                       Simon Manoucherian
                                         Attorneys for Defendant
27                                       BOSTON MUTUAL LIFE
                                         INSURANCE COMPANY
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

89994.1

1

NOTICE OF PARTY WITH FINANCIAL
INTEREST [DEFENDANT BOSTON
MUTUAL LIFE INSURANCE COMPANY]

1

## PROOF OF SERVICE BY MAIL

2

3   STATE OF CALIFORNIA            )
                                   )   ss.:
4   COUNTY OF LOS ANGELES          )

5

6       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

7

8       On December 26, 2007, I served on interested parties in said action the within:

9   **NOTICE OF PARTY WITH FINANCIAL INTEREST [DEFENDANT BOSTON MUTUAL LIFE INSURANCE COMPANY]**

10

11      by placing a true copy thereof in sealed envelope(s) addressed , as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

12

13  Michael B. McDonnell, Esq.
    Douglas M. Field, Esq.
14  MCDONNELL & ROMAKER, P.C.
    2040 Harbor Island Drive, Suite 202
15  San Diego, CA 92101

16

17      I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S.
18  postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or
19  postage meter date is more than 1 day after date of deposit for mailing in affidavit.

20      Executed on December 26, 2007, at Los Angeles, California.

21      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the
22  foregoing is true and correct.

23

24  _____                _____
        Patricia Cormier Herron
25      (Type or print name)                       (Signature)

26

27

28