Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BOSTON MUTUAL LIFE INSURANCE COMPANY

FILED
07 DEC 26 AM 9:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'KEEFE,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY, an unknown business entity, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. '07 CV 2409 L RBB<br><br>DISCLOSURE STATEMENT OF DEFENDANT BOSTON MUTUAL LIFE INSURANCE COMPANY<br><br>[F.R.C.P. 7.1(a)]<br><br>Complaint Filed: November 16, 2007 |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), the undersigned, counsel of record for BOSTON MUTUAL LIFE INSURANCE COMPANY ("Boston Mutual"), makes the following representation:

Boston Mutual is a mutual life insurance company. It is not a stock company. It is owned by its policyholders.

Dated: December 26, 2007

MESERVE, MUMPER & HUGHES LLP
SIMON MANOUCHERIAN
FREDERIC ESRAILIAN

By: _____
Simon Manoucherian
Attorneys for Defendant
BOSTON MUTUAL LIFE INSURANCE COMPANY

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

On December 26, 2007, I served on interested parties in said action the within:

**DISCLOSURE STATEMENT OF DEFENDANT BOSTON MUTUAL LIFE INSURANCE COMPANY**

by placing a true copy thereof in sealed envelope(s) addressed, as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Michael B. McDonnell, Esq.
Douglas M. Field, Esq.
MCDONNELL & ROMAKER, P.C.
2040 Harbor Island Drive, Suite 202
San Diego, CA 92101

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on December 26, 2007, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Patricia Cormier Herron
(Type or print name)

(Signature)

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90004.1