Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BOSTON MUTUAL LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'KEEFE,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY, an unknown business entity, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 07 CV 2409 L RBB<br><br>JOINT MOTION OF PLAINTIFF CHRISTOPHER O'KEEFE AND DEFENDANT BOSTON MUTUAL LIFE INSURANCE COMPANY TO CONTINUE EARLY NEUTRAL EVALUATION |

BOSTON MUTUAL LIFE INSURANCE COMPANY ("Boston Mutual"), the only named defendant, has appeared in the above action and has received Magistrate Judge Ruben B. Brooks' Notice and Order for Early Neutral Evaluation Conference ("ENE") in this case, scheduled for January 23, 2008.

Counsel of record for Boston Mutual, Simon Manoucherian, of Meserve, Mumper & Hughes LLP, has a conflict with this date, as he will be in Kansas City, Missouri for depositions in an unrelated matter.

Based on the above, the parties hereby jointly move that the ENE be continued beyond January 23, 2008 and beyond the February 11, 2008 deadline.

From the date that the Order setting the ENE was received on December 28, 2007, the parties, by and through their respective counsel, have conferred about a

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90365.1

1

JOINT MOTION TO CONTINUE EARLY
NEUTRAL EVALUATION

1 | possible alternative date. As of January 10, 2008, counsel and their respective
2 | parties have identified **February 21, 2008**, as open and available for the ENE in this
3 | matter. In addition, counsel request that the ENE commence at 1:30 p.m., to
4 | accommodate the travel schedules for Boston Mutual's representative, traveling
5 | from the East Coast, and counsel for defendant, traveling from Los Angeles,
6 | California.

Dated: January 11, 2008

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By: /s/ Frederic Esrailian
Frederic Esrailian
Attorneys for Defendant
BOSTON MUTUAL LIFE
INSURANCE COMPANY

Dated: January , 2008

MCDONNELL & ASSOCIATES
Michael B. McDonnell

By: /s/ Michael B. McDonnell
Michael B. McDonnell
Attorneys for Plaintiff
CHRISTOPHER O'KEEFE

## ORDER

Based upon the above Joint Motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation be continued to February 21, 2008, at 1:30 p.m.

Dated: _____  _____
Hon. Ruben B. Brooks
Magistrate Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90365.1                                  2                        JOINT MOTION TO CONTINUE EARLY
                                                                  NEUTRAL EVALUATION