1  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
2  Frederic Esrailian (Bar No. 232799)
   FEsrailian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   BOSTON MUTUAL LIFE INSURANCE
7  COMPANY

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTOPHER O'KEEFE,              )  Case No. 07 CV 2409 L RBB
                                     )
12           Plaintiff,              )  DECLARATION OF SIMON
                                     )  MANOUCHERIAN IN SUPPORT OF
13      vs.                          )  JOINT MOTION OF PLAINTIFF
                                     )  CHRISTOPHER O'KEEFE AND
14 BOSTON MUTUAL LIFE                )  DEFENDANT BOSTON MUTUAL
   INSURANCE COMPANY, an             )  LIFE INSURANCE COMPANY TO
15 unknown business entity, and DOES 1 )  CONTINUE EARLY NEUTRAL
   through 50 inclusive,             )  EVALUATION
16                                   )
             Defendants.             )
17 ————————————————————————— )

18      I, Simon Manoucherian, declare as follows:

19      1.    I am an attorney licensed to practice law in the state of California and

20 admitted to practice before the United States District Court, Southern District of

21 California.  I am counsel for defendant, BOSTON MUTUAL LIFE INSURANCE

22 COMPANY ("Boston Mutual").  I have personal knowledge of the facts contained

23 in this Declaration, and if called upon as a witness, I could and would competently

24 testify to these facts under oath.

25      2.    Boston Mutual, the only named defendant, has appeared in the above

26 action and has received Magistrate Judge Ruben B. Brooks' Notice and Order for

27 Early Neutral Evaluation Conference ("ENE") in this case, scheduled for January

28 23, 2008.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90367.1                        1

3.      I have a conflict with this date as I will be in Kansas City, Missouri, for depositions in an unrelated matter.

4.      Based on the above, the parties hereby jointly move that the ENE be continued beyond January 23, 2008 and beyond the February 11, 2008 deadline.

5.      From the date that the Order setting the ENE was received on December 28, 2007, we have conferred with our client and are informed and believe that plaintiff's counsel has conferred with his client, about a possible alternative date. As of January 10, 2008, we have identified February 21, 2008, as open and available for the ENE in this case. In addition, we request that the ENE commence at 1:30 p.m., to accommodate the travel schedules for Boston Mutual's representative, traveling from the East Coast, and counsel for defendant, traveling from Los Angeles, California that the ENE commence at 1:30 p.m.

Executed this 10th day of January, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Simon Manoucherian

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

90367.1

2

DECLARATION OF SIMON
MANOUCHERIAN IN SUPPORT OF
JOINT MOTION TO CONTINUE ENE