UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'KEEFE,<br><br>       Plaintiff,<br><br>   vs.<br><br>BOSTON MUTUAL LIFE<br>INSURANCE COMPANY, an<br>unknown business entity, and DOES 1<br>through 50 inclusive,<br><br>      Defendants. | Case No. 07 CV 2409 L RBB<br><br>ORDER GRANTING JOINT MOTION<br>OF PLAINTIFF CHRISTOPHER<br>O'KEEFE AND DEFENDANT<br>BOSTON MUTUAL LIFE<br>INSURANCE COMPANY TO<br>CONTINUE EARLY NEUTRAL<br>EVALUATION [DOC. NO. 6] |

## **ORDER**

Based upon the Joint Motion of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation be continued

to February 21, 2008, at 2:00 p.m.

Dated:  January 17, 2008

Hon. Ruben B. Brooks
Magistrate Judge, United States District
Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

90365.1

1

JOINT MOTION TO CONTINUE EARLY
NEUTRAL EVALUATION