1  Michael B. McDonnell, State Bar No. 107053
   Douglas M. Field, State Bar No. 237888
2  ~~MCDONNELL~~
3  2040 Harbor Island Drive, Suite 202
   San Diego, California 92101
   Telephone: (619) 294-4230
4  Facsimile: (619) 294-4237

5

   Attorneys for Plaintiff CHRISTOPHER O'KEEFE
6

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTOPHER O'KEEFE,              )  Case No.  07 CV 2409 L RBB
                                     )
                   Plaintiff,        )
12                                   )  **PLAINTIFF'S EARLY NEUTRAL
      vs.                            )  EVALUATION  STATEMENT**
13                                   )
                                     )
14 BOSTON MUTUAL LIFE INSURANCE      )  Date:        February 21, 2008
   COMPANY, an unknown business entity, and ) Time:     2:00 pm
15 DOES 1 through 50 inclusive       )  Magistrate:  Hon. Ruben B. Brooks
                                     )  Room:        1185
16              Defendants.          )
                                     )  Complaint Filed: Nov. 16, 2007
17 _____  )

18                        **I.**

19   **BRIEF DESCRIPTION OF THE CASE AND CLAIMS PRESENTED**

20       This action arises out of a coverage dispute wherein Plaintiff seeks recovery of disability

21 benefits due him as an insured under the terms and conditions of a disability insurance policy,

22 (hereinafter "Policy"), issued by BOSTON MUTUAL to Plaintiff.  Plaintiff also seeks the

23 consequential damages suffered as a result of BOSTON MUTUAL's bad faith denial of his

24 claim.

25       On December 29, 2003, O'KEEFE survived a life-altering car accident.  While driving on

26 a busy freeway, another vehicle turned abruptly in front of him.  O'KEEFE  made an evasive

27 maneuver and lost control of his vehicle.  His car spun and flipped three times and came to rest

28 on a parallel access road.  O'KEEFE was tossed about badly within his vehicle.  His seatbelt

1  snapped. His head, when smashed against the windshield, shattered it.

2  O'KEEFE was diagnosed with Post Traumatic Stress Disorder ("PTSD"). Disability

3  RMS (hereinafter sometimes referred to as "RMS"), the claims administrator for BOSTON

4  MUTUAL LIFE INSURANCE COMPANY, and Ms. Deborah Murphy, RMS's Senior Disability

5  Analyst, were aware that Mr. O'KEEFE suffered from PTSD. They were also aware that Mr.

6  O'KEEFE, in an effort to manage his great pain, remained heavily medicated.. Between his

7  physical maladies and the psychological effects which derive from them, Mr. O'KEEFE is

8  disabled. Nevertheless, RMS, acting on behalf of BOSTON MUTUAL, demanded that

9  O"KEEFE provide an extensive list of very specific documentation regarding his claim. Initially,

10  O'KEEFE could not respond. RMS did not investigate, but did suspend Mr. O'KEEFE's

11  benefits.

12  Mr. O'KEEFE then provided RMS with a proof of loss, and for awhile RMS reluctantly

13  made payments to Mr. O'KEEFE under a reservation of rights. Then, fully aware of Mr.

14  O'KEEFE's debilitating illness, and aware that the policy contains no language authorizing such

15  a request, RMS required additional, very specific documentation and used the excuse that the

16  disabled insured could not respond in order to deny his family the benefits for which Mr.

17  O'KEEFE had bargained.

18  On or about February 18, 2005, it became necessary for O'KEEFE to retain the services

19  of the law firm of McDonnell & Associates in order to represent him in recovering the benefits.

20  O'KEEFE made his claim to disability RMS on or about January of 2003, but not until

21  approximately four years later, on September 20, 2007 did Disability RMS make a determination

22  that O'KEEFE did not meet the definition of disability as defined in his policy. During that four

23  year period, Disability RMS and McDonnell & Associates exchanged volumes of

24  correspondence demonstrating that it was necessary to involve counsel to constantly demand that

25  O'KEEFE receive payments that were due him. During this period, it was common practice for

26  RMS to make one or two payments under reservation and to demand extensive documentation

27  that they claimed was necessary in order to complete their investigation. But, when the requested

28  documentation was produced, RMS would only demand still more documentation.

1    For the foregoing reasons, O'KEEFE has brought this instant action against BOSTON

2    MUTUAL for causes of action including Breach of Contract, Breach of the implied Covenant of

3    Good Faith and Fair Dealing, and Unfair Business Practices.

**II.**

**SPECIFIC AND CURRENT DEMAND FOR SETTLEMENT**

O'KEEFE seeks damages, interest at 10% per annum, punitive damages, attorneys' fees
and other costs of suit.

O'KEEFE was a successful trial lawyer with his own busy practice. He was making
approximately twenty five thousand dollars ($25,000.00) per month for his services to his clients.

Due to BOSTON MUTUAL's failure to adjust his claim, O'KEEFE was forced to sell his
residence at Five Hundred Thousand Dollars ($500,000.00) below market value. O'KEEFE was
forced to abruptly close his business due to the failure of bargained for benefits which  resulted in
the inability to collect One Million Three Hundred Thousand Dollars ($1,300,000.00) in
accounts receivable. He was forced to liquidate his office furniture and equipment worth One
Hundred Fifty Thousand Dollars ($150,000.00); to sell his vehicle for ($125,000.00); to liquidate
an investment portfolio worth Two Hundred Ninety Eight Thousand Nine Hundred Eighty Seven
Dollars and Thirty Four Cents ($298,987.34); to liquidate a retirement account worth One
Hundred Ninety Seven Dollars Six Hundred Fifteen Dollars and Nine Cents ($197,615.09); and
to liquidate his son's college plan worth Fifty Six Thousand Nine Hundred and Eighty Seven
Dollars ($56,987.00). BOSTON MUTUAL failed to pay Medical Expenses in the amount of
Forty Five Thousand Eight Hundred Seventy Six Dollars ($45,876.00). Finally, and due to
BOSTON MUTUAL's failure to pay O'KEEFE'S bargained for benefits along with their bad
faith in handling his claim, O'KEEFE suffered severe emotional distress damages.  Pursuant to
the above, O'KEEFE's specific and current demand for settlement is Four Million Six Hundred
Seventy Seven Thousand Four Hundred Sixty Five Dollars and Forty Three Cents
($4,677,465.43).

////

////

**III.**

~~BRIEF DESCRIPTION OF ANY PREVIOUS SETTLEMENT NEGOTIATIONS~~

Plaintiff has had numerous phone conversations and has exchanged many letters with BOSTON MUTUAL to encourage them to settle O'KEEFE's claim.  BOSTON MUTUAL refused to do so, and Plaintiff was left with no other choice than to file this action.

Respectfully Submitted:

DATED: February 19, 2008                                McDONNELL & ASSOCIATES

Douglas M. Field, Attorney for
O"KEEFE