Michael B. McDonnell, State Bar No. 107053
Douglas M. Field, State Bar No. 237888
McDONNELL & ASSOCIATES, P.C.
2040 Harbor Island Drive, Suite 202
San Diego, California 92101
Telephone: (619) 294-4230
Facsimile: (619) 294-4237

Attorneys for Plaintiff CHRISTOPHER O'KEEFE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'KEEFE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY, an unknown business entity, and DOES 1 through 50 inclusive<br><br>　　　　　Defendants. | Case No.  07 CV 2409 L RBB<br><br>**PROOF OF SERVICE OF PLAINTIFF'S EARLY NEUTRAL EVALUATION STATEMENT**<br><br>Date:　　　　February 21, 2008<br>Time:　　　　2:00 pm<br>Magistrate:　Hon. Ruben B. Brooks<br>Room:　　　 1185<br><br>Complaint Filed: Nov. 16, 2007 |

　　　I, Lisa Barnum, declare:

　　　I am a resident of the State of California and over the age of eighteen years, and not a party to the withing action; my business address is 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, San Diego, CA 92101.

On February 19, 2008, I served the following document on the individuals as follows:

**PROOF OF SERVICE OF PLAINTIFF'S EARLY NEUTRAL EVALUATION STATEMENT**

　　　　X　 BY ELECTRONIC FILING:  I served the above referenced document by E-filing, in accordance with the rules governing the electronic filing of documents in the Unites States District Court in and for the Southern District of California.  Notice will be electronically mailed to the following parties:

Simon Manoucherian
MESERVE, MUMPER & HUGHES, LLP
smanoucherian@mmhllp.com

---
　　　　　　　　　　　　　　　　Proof of Service　　　　　　　　　　07 CV 2409 L RBB
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

1   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2   
3   Executed on February 19, 2008 at San Diego, California.

4   *Lisa M. Barnum*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service                                                    07 CV 2409 L RBB

2