### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

O'KEEFE v. BOSTON MUTUAL                                Case No. 07cv2409 L(RBB)
                                                        **Time Spent: 1 hr. 55 mins.**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                              Rptr.

                                    Attorneys
        Plaintiffs                                    Defendants

Michael McDonnell (present)              Simon Manoucherian (present)


PROCEEDINGS:    x  In Chambers    ___  In Court    ___  Telephonic

An early neutral evaluation conference and case management conference were held.

A telephonic, attorneys-only settlement conference is set for May 20, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: February 21, 2008        IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Lorenz                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record