1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER O'KEEFE,              )   Civil No. 07cv2409 L(RBB)
                                      )
12                  Plaintiff,        )   ORDER FOLLOWING EARLY NEUTRAL
                                      )   EVALUATION CONFERENCE, SETTING
13  v.                                )   RULE 26 COMPLIANCE AND NOTICE
                                      )   OF CASE MANAGEMENT CONFERENCE
14  BOSTON MUTUAL LIFE INSURANCE      )
    COMPANY, an unknown business      )
15  entity; DOES 1-50, inclusive,     )
                                      )
16                  Defendants.       )
    ──────────────────────────────────)

17

18       On February 21, 2008, the Court held an early neutral

19  evaluation conference in the above-entitled action.  Settlement

20  could not be reached in the case.

21       The Court discussed compliance with rule 26 of the Federal

22  Rules of Civil Procedure and issues the following orders:

23       1.  No objections were presented to initial disclosure under

24  Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties

25  are ordered to proceed with the initial disclosure process.  Any

26  objections to initial disclosure will be resolved as required by

27  rule 26.

28

                              1                    07cv2409 L(RBB)

1     2.   The rule 26(f) conference shall be completed on or before

2  March 17, 2008.

3     3.   No discovery plan is required.

4     4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)

5  shall occur on or before March 31, 2008.

6     5.   A telephonic, attorneys-only settlement conference is set

7  for May 20, 2008, at 8:00 a.m.  Counsel for Plaintiff is to

8  initiate the call.

9     Plaintiff's(s') counsel shall serve a copy of this order on

10  all parties that enter this case after the date of this order.

11     Failure of any counsel or party to comply with this order may

12  result in sanctions.

13     IT IS SO ORDERED.

14

15  DATED:  February 22, 2008          _____
                                       Ruben B. Brooks
16                                     United States Magistrate Judge

17  cc:
    Judge Lorenz
18  All Parties of Record

19

20

21

22

23

24

25

26

27

28