### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

O'KEEFE v. BOSTON MUTUAL                                  Case No. 07cv2409 L(RBB)

**Time Spent: 10 mins.**

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE                 Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Michael McDonnell | Simon Manoucherian (present) |
| Douglas Field (present) | |

PROCEEDINGS:   ___ In Chambers      ___ In Court      _x_ Telephonic

A telephonic settlement conference was held.

A settlement conference is set for August 21, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: May 20, 2008          IT IS SO ORDERED: *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Lorenz                                INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\OKEEFE2409\MINUTE02.wpd