**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

O'KEEFE v. BOSTON MUTUAL                             Case No. 07cv2409 L(RBB)
                                                     **Time Spent:** _____

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                       Rptr. ____

                              Attorneys
        Plaintiffs                            Defendants

Michael McDonnell                      Simon Manoucherian
Douglas Field


PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The settlement conference on August 21, 2008, at 2:00 p.m. is vacated and reset for September 11, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: August 15, 2008         IT IS SO ORDERED:  *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Lorenz                        INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\OKEEFE2409\MINUTE03.wpd