## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

O'KEEFE v. BOSTON MUTUAL　　　　　　　　　　　　　　　　　Case No. 07cv2409 L(RBB)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Time Spent: 2 hrs. 38 mins.**

HON. RUBEN B. BROOKS　　　CT. DEPUTY VICKY LEE　　　　　　　　Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Michael McDonnell (present) | Simon Manoucherian (present) |
| Douglas Field | Fred Esraelian (present) |

PROCEEDINGS:　__x__ In Chambers　____ In Court　____ Telephonic

A settlement conference was held.

A telephonic, attorneys-only settlement conference is set for October 7, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: September 11, 2008　　　IT IS SO ORDERED: _(signed)_
　　　　　　　　　　　　　　　　　　　　　　　　　　Ruben B. Brooks,
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Judge Lorenz　　　　　　　　　　　INITIALS: VL (mg/irc) Deputy
　　All Parties of Record